SHERATON HAWAII CORPORATION, A DELAWARE CORPORATION, AUTHORIZED TO DO BUSINESS IN HAWAII, *v.* LOUANA POSTON AND DIANA MONCADO.

No. 4789.

May 13, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE OKINO, ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Howard K. Hoddick* (*Robertson, Castle & Anthony* of counsel) for the petition.